1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDRES WILLIAMS,                         No.  2:12-cv-2894 KJM KJN P

12              Plaintiff,

13       v.                                    ORDER

14    FREEZE, et al.,

15              Defendants.

16

17          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks

18    relief pursuant to 42 U.S.C. § 1983.

19          On October 24, 2013, the court ordered the United States Marshal to serve the complaint

20    on defendants.  Process directed to defendant Boyd was returned unserved because "insufficient

21    identifying information, unable to locate."  (ECF No. 14.)  Therefore, plaintiff must provide

22    additional information to serve this defendant.  Plaintiff shall promptly seek such information

23    through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or

24    other means available to plaintiff.  If access to the required information is denied or unreasonably

25    delayed, plaintiff may seek judicial intervention.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with

28    an instruction sheet and a copy of the complaint filed November 29, 2012;

                                               1

1        2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

2    attached Notice of Submission of Documents to the court, with the following documents:

3        a.  One completed USM-285 form for defendant Boyd;

4        b.  One copy of the endorsed complaint filed November 29, 2012 (the United

5    States Marshal's Office has already retained a copy for its records); and

6        c.  One completed summons form.

7        SO ORDERED.

8    Dated:  January 7, 2014

9

10   will2894.8e

                    KENDALL J. NEWMAN
                    UNITED STATES MAGISTRATE JUDGE

2

1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    ANDRES WILLIAMS,                              No.  2:12-cv-2894 KJM KJN P

11                     Plaintiff,

12          v.                                      NOTICE OF SUBMISSION OF
                                                    DOCUMENTS
13    FREEZE, et al.,

14                     Defendants.

15

16          Plaintiff hereby submits the following documents in compliance with the court's order

17    filed _____:

18          ____    completed summons form

19          ____    completed USM-285 forms

20          ____    copies of the November 29, 2012

21                               Complaint

22    DATED:

23

24

25

26                                                  _____

27                                                  Plaintiff

28

                                                    3