UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREEZE, et al.,<br><br>　　　　　Defendants. | No.  2:12-cv-2894 KJM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a prisoner, proceeding pro se and in forma pauperis, in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action proceeds pursuant to the deadlines set forth in the scheduling order issued February 21, 2014 (ECF No. 21); also pending is a motion to dismiss filed by defendant Dernoncourt (ECF No. 19), which requires plaintiff's response.  On February 24, 2014, plaintiff filed a notice of change of address, stating that he had been moved from High Desert State Prison (HDSP) to Kern Valley State Prison (KVSP).  (ECF No. 22.)  Plaintiff also filed a "Request for Judicial Intervention," seeking the transfer of his legal materials.  (ECF No. 23.)  Plaintiff states that several matters associated with the instant action were not included in the legal materials he received after his transfer, and that his requests for a copy of his Property Inventory receipt have been denied.

////

////

1

1    Good cause appearing, counsel for defendants are directed to contact the appropriate
2 officials at HDSP and KVSP to facilitate the immediate transfer of all plaintiff's legal materials in
3 this action, and to file and serve a statement within fourteen (14) days informing the court of the
4 current status of this matter.
5 Dated: February 28, 2014

7 /will2894.fb.legal.mat.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE