UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES WILLIAMS, | No. 2:12-cv-2894 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| FREEZE, et al., | |
| Defendants. | |

On April 7, 2014, plaintiff filed a motion for reconsideration of the magistrate judge's order filed March 17, 2014, denying plaintiff's motion for appointment of counsel. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 17, 2014, is affirmed.

DATED: June 3, 2014.

_____
UNITED STATES DISTRICT JUDGE