UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>FREEZE, et al.,<br><br>        Defendants. | No.  2:12-cv-2894 KJM KJN P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding without counsel, filed a motion entitled, "Motion to Withdraw Complaint."  (ECF No. 69.)  In his motion, plaintiff states "that he wants to withdraw his complaint and no longer pursue this action."  (Id.)

      Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2), unless plaintiff informs the court, within seven days from the date of this order, that the court has somehow misconstrued plaintiff's request for dismissal.

Dated:  December 15, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Will2894.59a