UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES WILLIAMS, | No. 2:12-cv-2894 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| FREEZE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. By order filed December 15, 2014, defendants were ordered to notify the undersigned whether they have any objections to the dismissal of this action, as requested by plaintiff. On December 17, 2014, defendants filed a statement of non-opposition to the motion for dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to voluntarily dismiss this action (ECF No. 69) is granted; and

2. This action is dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: January 5, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will2894.41a